

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellants

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due to be filed with this court on December 5, 2014. *See* TEX. R. APP. P. 35.1(b). On December 11, 2014, court reporter Patricia A. Gaddis filed a notification of late record. She indicated she is very busy in court and she requested a thirty-seven day extension of time to file the reporter's record until January 12, 2015.

The request is GRANTED IN PART. We ORDER court reporter Patricia A. Gaddis to file the reporter's record with this court by December 22, 2014. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court